UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------- x

KERRI JANE HATTER, et al.,  :  08 Civ. 5216 (ENV)
 :
                    Plaintiffs,  :  **STIPULATION DISCONTINUING**
   - against -  :  **ACTION AGAINST ABBOTT**
 :  **LABORATORIES WITH**
THE ABBOTT LABORATORIES, et al.,  :  **PREJUDICE**

                    Defendants.  :

----------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiffs Deborah Weisbarth, individually and on behalf of Daniel Weisbarth (collectively, "Weisbarth") and defendant Abbott Laboratories ("Abbott") in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action as to plaintiffs Weisbarth be, and the same hereby is discontinued with prejudice as against Abbott without costs to any party hereto as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       ~~May~~ August 1, 2012

DOUGLAS & LONDON, P.C.

By: _____
    Michael A. London (ML-7510)
Attorneys for Plaintiffs
111 John Street, Suite 1400
New York, New York 10038
Telephone: (212) 566-7500

SO ORDERED: /s/ ENV
HON. ERIC N. VITALIANO
2065401   AUG 02 2012

LITTLETON JOYCE UGHETTA
PARK & KELLY LLP

By: _____
    Robert D. Wilson, Jr. (RW-4357)
Attorneys for Defendant
Abbott Laboratories
The Centre at Purchase
Four Manhattanville Road, Suite 202
Purchase, New York 10577
Telephone: (914) 417-3400